UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-00264-CJC(MLGx) | Date | June 10, 2011 |
|---|---|---|---|
| Title | Vagram Bagdasaryan v. Land Rover North America, Inc. | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Michelle Urie | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE

Pursuant to Plaintiff's request, the Court hereby dismisses the action without prejudice.

: 0

Initials of Preparer   mu